IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERNEST H. BROWN,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-5493 |
| | : | |
| **HON. JOEL S. JOHNSON,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

**AND NOW**, this 10th day of November 2025, upon consideration of pro se Plaintiff Ernest H. Brown's Motion to Proceed *In Forma Pauperis* (Doc. No. 1) and Complaint (Doc. No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                **BY THE COURT:**

                                                **/s/ Karen Spencer Marston**
                                                **KAREN SPENCER MARSTON, J.**